IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-MC-00137

IN RE: REQUEST FOR JUDICIAL ASSISTANCE )
FROM THE COURT OF FIRST INSTANCE OF )
PUNCÓN IN PUNCÓN, CHILE in )
*CARLOS JOSE PUGA HAMILTON v. LILIANA ASTRID* )
*ZULCH WERKMEISTER,* Ref. No. 14782-2025 )

## APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

NOW COMES Russ Ferguson, United States Attorney for the Western District of North Carolina, by the undersigned Assistant United States Attorney, Janice Powers, and petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Janice Powers, Assistant United States Attorney, Commissioner for the purposes of obtaining documents from Wells Fargo Bank, N.A. Certain information has been requested by the Court of First Instance of Puncón in Puncón, Chile ("Chilean Court") pursuant to a Letter of Request issued in connection with a civil judicial proceeding captioned *Carlos Jose Puga Hamilton v. Liliana Astrid Zulch Werkmeister*, Foreign Ref. No. 14782-2025. The basis for this Application is articulated in the Memorandum of Law filed with this Application. A proposed Order is also provided for the Court's convenience.

Respectfully submitted, this 21st day of October, 2025.

                                                                 RUSS FERGUSON
                                                                 UNITED STATES ATTORNEY

*Janice Powers*
JANICE POWERS
Assistant United States Attorney
NC Bar No.: 60504
227 W. Trade St. - Suite 1650
Charlotte, NC 28202
M: (704) 344-6222
F: (704) 227-0248
E: janice.powers@usdoj.gov